| | |
|---|---|
| 1 | Cristina M. Shea (SBN 179895) |
| 2 | Email: cshea@reedsmith.com<br>REED SMITH LLP |
| 3 | 101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 |
| 4 | Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269 |

Attorneys for Defendant and Counterclaimant
Pulte Homes, Inc., successor in interest to Pulte
Homes Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PULTE HOME CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 10-00674-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Compl. Filed: February 17, 2010<br>Trial Date: None.<br><br>Honorable Jeffrey S. White |
| PULTE HOMES, INC., successor in interest to PULTE HOMES CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Counterdefendant. | |

Pulte Homes, successor in interest to Pulte Homes Corporation ("Pulte Homes") and American Guarantee and Liability Insurance Company ("American Guarantee"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 17, 2010, Plaintiff American Guarantee filed and served its Complaint against Pulte Homes in this action;

WHEREAS, on February 22, 2010, the Court issued its Initial Scheduling Conference Order, which sets forth a deadline of June 4, 2010 to file the Rule 26(f) Report, initial disclosures, and Case Management Statement;

WHEREAS, in an attempt to reach a resolution, the parties informally exchanged documents and engaged in settlement discussions, during which time American Guarantee granted several extensions of time to Pulte Homes to answer the Complaint;

WHEREAS, the parties' initial attempts to reach a resolution have failed;

WHEREAS, on May 26, 2010, Pulte Homes filed its Answer and Counterclaim in this action;

WHEREAS, on May 27, 2010, the parties met and conferred to discuss issues pertaining to the Rule 26(f) obligations and other case management issues;

WHEREAS, as both parties continue to address their Rule 26 obligations, and due to scheduling conflicts, the parties jointly request that the Initial Case Management Conference be continued from June 11, 2010 to July 23, 2010.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the Initial Case Management Conference be continued from June 11, 2010 to July 23, 2010.

DATED: May 28, 2010.

                      REED SMITH LLP

                      By    / s / Cristina M. Shea
                          Cristina M. Shea
                          Attorneys for Defendant and Counterclaimant Pulte Homes, Inc., successor in interest to Pulte Homes Corporation

DATED: May 28, 2010.

                      SINNOTT PUEBLA CAMPAGNE & CURET, APLC

                      By    / s / Blaise S. Curet[1]
                          Blaise S. Curet
                          Attorneys for Plaintiff and Counterdefendant American Guarantee and Liability Insurance Company

---

[1] Pursuant to General Order No. 45 – Electronic Case Filing, § X, Blaise S. Curet has consented to filing this electronic signature on his behalf.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, good cause having been shown, that the Initial Case Management Conference will be continued from June 11, 2010 to July 23, 2010 at 1:30 p.m.

DATED: June 3, 2010.

*Jeffrey S. White*
Hon. Jeffrey S. White
Judge of the United States District Court

Case No. CV 10-00674-JSW — 4 — US_ACTIVE-103819036.1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE