United States District Court

For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9  AMERICAN GUARANTEE AND
   LIABILITY INSURANCE COMPANY,
10                                                    No. C 10-00674 JSW
            Plaintiff,
11
      v.
12                                                    **ORDER SETTING BRIEFING
   PULTE HOME CORPORATION, and DOES                   SCHEDULE**
13 1 through 10, inclusive,

14          Defendants.
   _____/
15

16        This matter is set for a hearing on August 6, 2010 on Plaintiff's motion to dismiss

17 Defendant's fourth counterclaim.  The Court HEREBY ORDERS that an opposition to the

18 motion shall be filed by no later than July 8, 2010 and a reply brief shall be filed by no later

19 than July 15, 2010.

20        If the Court determines that the matter is suitable for resolution without oral argument, it

21 will so advise the parties in advance of the hearing date.  If the parties wish to modify this

22 schedule, they may submit for the Court's consideration a stipulation and proposed order

23 demonstrating good cause for any modification requested.

24        **IT IS SO ORDERED.**

25

26 Dated: June 24, 2010                    _____
                                           JEFFREY S. WHITE
27                                         UNITED STATES DISTRICT JUDGE

28