Cristina M. Shea (SBN 179895)
Email: cshea@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Timothy P. Law (admitted *pro hac vice*)
Email: tlaw@reedsmith.com
Jeremy Heinnickel (admitted *pro hac vice*)
Email: jheinnickel@reedsmith.com
John Ellison (admitted *pro hac vice*)
Email: jellison@reedsmith.com
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Attorneys for Defendant and Counterclaimant
Pulte Home Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>PULTE HOME CORPORATION, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV 10-00674-JSW<br><br>**STIPULATION TO EXTEND EXPERT REPORT SUBMISSION DEADLINE AND [~~PROPOSED~~] ORDER**<br><br>**HON. JEFFREY S. WHITE** |

On July 15, 2010, the Parties submitted their Rule 26(f) Discovery Plan (Doc. No. 39), setting forth the deadline for exchanging initial reports from retained experts under Fed. R. Civ. P. 26(a)(2) for April 15, 2011.

1  By way of this Stipulation and Proposed Order, the Parties agree to extend that
2  deadline to **April 29, 2011**.

3  Additionally, the Parties agree to extend the deadline for rebuttal reports from
4  May 6, 2011 to **May 20, 2011**.

6  DATED: April 5, 2011     Respectfully submitted,

7                           REED SMITH LLP

9                           By:   s/Timothy P. Law
10                                TIMOTHY P. LAW
                                  Attorneys for Defendant and Counter-Claimant
11                                PULTE HOMES, INC.

13 DATED: April 5, 2011     Respectfully submitted,
                            SINNOTT, PUEBLA, CAMPAGNE
14                            & CURET, APLC

16                          By:   s/Blaise S. Curet (with consent)
17                                BLAISE S. CURET
18                                Attorneys for Plaintiff and Counter-Defendant
                                  AMERICAN GUARANTEE AND LIABILITY
19                                INSURANCE COMPANY

21                          **ORDER**

22 PURSUANT TO STIPULATION, IT IS SO ORDERED that the terms of the
23 above Stipulation are adopted.

24 The Parties shall exchange expert reports on or before April 29, 2011 and
25 rebuttal reports shall be exchanged on or before May 20, 2011.

26 **IT IS SO ORDERED**
27 DATE: April 8, 2011           *[signature]*
                                 United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By:     s/Timothy P. Law

REED SMITH LLP
A limited liability partnership formed in the State of Delaware