SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983, bcuret@spcclaw.com
Randy M. Marmor, #074747, rmarmor@spcclaw.com
555 Montgomery Street, Suite 720
San Francisco, CA 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Winnie C. Louie, #175199, wlouie@spcclaw.com
555 South Hope Street, Suite 2350
Los Angeles, CA 90071
Tel.: (213)996-4200; Fax: (213) 892-8322

Attorneys for Plaintiff and Counter-Defendant
American Guarantee and Liability Insurance Company

Cristina M. Shea, #179895, cshea@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel.: (415) 543-8700; Fax: (415) 391-8269

Timothy P. Law (admitted *pro hac vice*), tlaw@reedsmith.com
Jeremy Heinnickel (admitted *pro hac vice*), jheinnickel@reedsmith.com
John Ellison (admitted *pro hac vice*), jellison@reedsmith.com
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 851-8100; Fax: (215) 851-1420

Attorneys for Defendant and Counter-Claimant
Pulte Home Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PULTE HOME CORPORATION and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO. 3:10-CV-00674-JSW<br><br>**STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned matter be, and hereby is, dismissed, with prejudice, pursuant to F.R.C.P. Rule 41 (a)(1)(A)(ii). Each party to bear its own costs, including attorney's fees.

DATED: June 23, 2011                 Respectfully submitted,

                                     SINNOTT, PUEBLA,
                                     CAMPAGNE & CURET, APLC


                                     By: _____/s/_____
                                         BLAISE S. CURET
                                         RANDY R. MARMOR
                                         WINNIE C. LOUIE
                                         Attorneys for Plaintiff and Counter-defendant
                                         American Guarantee and Liability Insurance
                                         Company

DATED: June 23, 2011                 Respectfully submitted,

                                     REED SMITH LLP


                                     By: _____/s/_____
                                         TIMOTHY P. LAW
                                         Attorneys for Defendant and Counter-
                                         Claimant Pulte Homes, Inc.

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

I attest that I have obtained the concurrence in the filing of this document from all signatories indicated by a "conformed" signature (/s/).


                                     By: _____/s/_____
                                         BLAISE S. CURET

---

1     3:10-CV-00674-JSW
Stipulation for Dismissal; ~~Proposed~~ Order

IT IS HEREBY ORDERED THAT: Pursuant to the Stipulation to Dismiss filed by the Parties, this action is dismissed with prejudice.

**IT IS SO ORDERED**:

DATED: June  27 , 2011

_____
Jeffrey S. White
Judge of the United States District Court

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

2                                3:10-CV-00674-JSW
Stipulation for Dismissal; ~~Proposed~~ Order